UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY YIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMERCE WEST INSURANCE COMPANY, doing business as "MAPFRE Insurance,"<br><br>                    Defendant. | CASE NO. 2:25-cv-01159-LK<br><br>ORDER REMANDING CASE |

This matter comes before the Court on the response by Commerce West Insurance Company d/b/a MAPFRE Insurance ("Commerce West"), Dkt. No. 19, to the Court's October 24, 2025 Second Order to Show Cause, requiring Commerce West to show cause for why this case should not be remanded for lack of complete diversity of citizenship, Dkt. No. 18.

In that Order, the Court gave Commerce West "one final opportunity" and to "establish its citizenship . . . (including by providing evidence of its state of incorporation and principal place of business)"; if it did not do so, "the Court [would] remand this case." *Id.* at 4. Commerce West timely filed a response. Dkt. No. 19.

ORDER REMANDING CASE - 1

Although the Court appreciates Commerce West's apology for the additional proceedings necessitated by its deficient citizenship allegations, its response to the Court's Second Order to Show Cause still fails to identify Commerce West's principal place of business. *See* Dkt. No. 19 at 2 ("Commerce West is an insurance company organized under the laws of California and where it is also domiciled."). The Court therefore cannot fulfill its "independent obligation to determine whether subject-matter jurisdiction exists[.]" *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006); *see also* Fed. R. Civ. P. 12(h)(3).[1]

The Court accordingly ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), this case is REMANDED to the Superior Court for King County in the State of Washington;

2. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for the Superior Court for King County;

3. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County; and

4. The Clerk of the Court shall CLOSE this case.

Dated this 5th day of November, 2025.

Lauren King
United States District Judge

---

[1] While Commerce West "humbly apologize[d] to the Court" for the brevity of its response, which it attributes to an ongoing trial in another case, Dkt. No. 19 at 2, Commerce West did not seek an extension of time to respond to the Court's second order to show cause, *see generally id.* And it has been over a month since the Court first ordered Commerce West to establish its citizenship, *see* Dkt. No. 15 (first Order to Show Cause, dated October 3, 2025).